UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DESKTOP METAL, INC. DERIVATIVE LITIGATION | Lead Case No. 22-962-GBW<br><br>(Consolidated) |

**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41**

Plaintiffs Michael Cherry, Denish Bhavsar, and Samhita Gera ("Plaintiffs"); Nominal Defendant Desktop Metal, Inc. ("Desktop Metal"); and Defendants Ric Fulop, James Haley, Ali El Siblani, Bilal Zuberi, Dayna Grayson, James Eisenstein, Jeff Immelt, Leo Hindery, Jr., Scott Dussault, Stephen Nigro, Steve Papa, Wen Hsieh, Byron Knight, and Andy Wheeler (collectively, the "Individual Defendants," and together with Desktop Metal, the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 22, 2022, plaintiff Michael Cherry filed a verified stockholder derivative complaint on behalf of Desktop Metal against certain of the Individual Defendants;

WHEREAS, on December 1, 2022, the parties to the *Cherry* Action filed a stipulation to stay that action pending resolution of any motions to dismiss and the exhaustion of all related appeals in the related securities class action captioned *Luongo v. Desktop Metal*, Case No. 21-cv-12099-IT (D. Mass.), which was granted;

WHEREAS, on November 21, 2023, plaintiffs Denish Bhavsar and Samhita Gera filed a verified stockholder derivative complaint against the Individual Defendants (the "*Bhavsar* Action");

WHEREAS, the *Bhavsar* Action was consolidated with the *Cherry* Action on January 9, 2024;

WHEREAS, on September 20, 2023, the court dismissed the Securities Class Action, and on October 28, 2024, the United States Court of Appeals for the First Circuit affirmed the dismissal;

WHEREAS, on October 3, 2024, Desktop Metal stockholders approved an all-cash merger, pursuant to which Desktop Metal would be acquired by Nano Dimension;

WHEREAS, due to the dismissal of the Securities Class Action and the anticipated acquisition of Desktop Metal that would extinguish Plaintiffs' derivative standing, Plaintiffs wish to voluntarily dismiss the Consolidated Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Consolidated Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Consolidated Action; and

WHEREAS, the Parties agree and respectfully submit that notice to stockholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of Plaintiffs, Desktop Metal stockholders, or Desktop Metal itself, to pursue the claims; (ii) there has been no settlement or compromise of the Consolidated Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. This Consolidated Action shall be dismissed without prejudice; and
2. The Parties shall bear their own fees and costs.

Dated: January 21, 2025

OF COUNSEL:

Benjamin I. Sachs-Michaels
**GLANCY PRONGAY & MURRAY LLP**
745 Fifth Avenue
New York, NY 10151
(212) 935-7400
bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
rprongay@glancylaw.com
prajesh@glancylaw.com

Timothy Brown
**THE BROWN LAW FIRM, P.C.**
767 Third Avenue, Suite 2501
New York, NY 10017
(516) 922-5427
tbrown@thebrownlawfirm.net

OF COUNSEL

Kristin N. Murphy
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235
kristen.murphy@lw.com

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Delaware Counsel for Plaintiffs*

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
Brock E. Czeschin (#3938)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
dicamillo@rlf.com
czeschin@rlf.com

*Attorneys for Desktop Metal Inc. and the Individual Defendants*

**IT IS SO ORDERED.**

DATED: January 22, 2025

_____
The Honorable Gregory B. Williams
United States District Judge